**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 07-7119

———————

TYRONE LORENZO ROBINSON,

Plaintiff - Appellant,

versus

STATE OF SOUTH CAROLINA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Sol Blatt, Jr., Senior District Judge. (2:07-cv-01329-SB)

———————

Submitted: November 15, 2007      Decided: November 26, 2007

———————

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tyrone Lorenzo Robinson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lorenzo Robinson appeals the district court's order accepting the result recommended by the magistrate judge and dismissing Robinson's petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Robinson v. South Carolina</u>, No. 2:07-cv-01329-SB (D.S.C. June 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>